TRINA A. HIGGINS, United States Attorney (#7349)
BRYANT WATSON, Assistant United States Attorney
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: bryant.watson@usdoj.gov

FILED US District Court-UT
JAN 15 '25 AM 11:13

# SEALED

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case Number 2:24-cr-00358 DAK |
|---|---|
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| vs. | COUNT 1: Conspiracy to Transfer a Machinegun, 18 U.S.C. §§ 371, 922(o) |
| PUIFATU HUGH MOORS and LUCKY MATAELE, | COUNT 2: Possession and Transfer of a Machinegun, 18 U.S.C. § 922(o) |
| Defendants. | COUNT 3: Possession and Transfer of a Machinegun, 18 U.S.C. § 922(o) |
| | COUNT 4: Conspiracy to Transfer a Machinegun, 18 U.S.C. §§ 371, 922(o) |
| | COUNT 5: Possession and Transfer of a Machinegun, 18 U.S.C. § 922(o) |
| | COUNT 6: Possession and Transfer of a Machinegun, 18 U.S.C. § 922(o) |

1

The Grand Jury charges:

COUNT 1

18 U.S.C. §§ 371, 922(o)

(Conspiracy to Transfer a Machinegun)

On or about October 1, 2024, and continuing until October 9, 2024, in the District

of Utah,

LUCKY MATAELE

and

PUIFATU HUGH MOORS,

the defendants herein, did knowingly and intentionally combine, conspire, confederate,

and agree together with each other to commit the following offense against the United

States: to knowingly possess and transfer a machinegun, as defined by Title 26, United

States Code 5845(b), that is, a machinegun conversion device commonly known as a

"Glock Switch"; all in violation of 18 U.S.C. § 922(o), and did any act to effect the object

of the conspiracy, to-wit: Met at a location to conduct the transfer; all in violation of 18

U.S.C. § 371 and § 922(o).

COUNT 2

18 U.S.C. § 922(o)

(Possession and Transfer of a Machinegun)

On or about October 9, 2024, in the District of Utah,

LUCKY MATAELE,

the defendant herein, knowingly possessed and transferred a machinegun, as defined by

Title 26, United States Code 5845(b), that is, a machinegun conversion device commonly

known as a "Glock Switch"; all in violation of 18 U.S.C. § 922(o).

2

COUNT 3
18 U.S.C. § 922(o)
(Possession and Transfer of a Machinegun)

On or about October 9, 2024, in the District of Utah,

PUIFATU HUGH MOORS,

the defendant herein, knowingly possessed and transferred a machinegun, as defined by

Title 26, United States Code 5845(b), that is, a machinegun conversion device commonly

known as a "Glock Switch"; all in violation of 18 U.S.C. § 922(o).

COUNT 4
18 U.S.C. §§ 371, 922(o)
(Conspiracy to Transfer a Machinegun)

On or about October 1, 2024, and continuing until October 14, 2024, in the

District of Utah,

LUCKY MATAELE
and
PUIFATU HUGH MOORS,

the defendants herein, did knowingly and intentionally combine, conspire, confederate,

and agree together with each other to commit the following offense against the United

States: to knowingly possess and transfer a machinegun, as defined by Title 26, United

States Code 5845(b), that is, a firearm chambered in 7.62 x 39mm; all in violation of 18

U.S.C. § 922(o), and did any act to effect the object of the conspiracy, to-wit: exchanged

approximately $3,200 via Venmo in furtherance of the transfer,

all in violation of 18 U.S.C. § 371 and § 922(o).

COUNT 5
18 U.S.C. § 922(o)
(Possession and Transfer of a Machinegun)

On or about October 14, 2024, in the District of Utah,

LUCKY MATAELE,

the defendant herein, knowingly possessed and transferred a machinegun, as defined by

Title 26, United States Code 5845(b), that is, a firearm chambered in 7.62 x 39mm; all in

violation of 18 U.S.C. § 922(o).

COUNT 6
18 U.S.C. § 922(o)
(Possession and Transfer of a Machinegun)

On or about October 16, 2024, in the District of Utah,

PUIFATU HUGH MOORS,

the defendant herein, knowingly possessed and transferred a machinegun, as defined by

Title 26, United States Code 5845(b), that is, a firearm chambered in 7.62 x 39mm;

all in violation of 18 U.S.C. § 922(o).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
BRYANT WATSON
Assistant United States Attorney

4